UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:24-CR-00280-D-KS-3

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| v. | ) | ORDER TO SEAL |
|  | ) |  |
|  | ) |  |
| ARTURO ENRIQUEZ-VASQUEZ | ) |  |

THIS CAUSE came on to be heard and was heard upon Defendant's Motion to Seal Docket Entry 159 . The Court is of the opinion that this motion should be filed under seal in the interest of justice.

IT IS, THEREFORE, ORDERED that the requested documents be sealed and filed under seal.

This __20__ day of __January__ ,2026.

_____
THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT COURT JUDGE